Office of Disciplinary Counsel *v.* Shaw.

[Cite as Disciplinary Counsel *v.* Shaw (1984), 15 Ohio St. 3d 125.]

(D.D. No. 84-37—Decided December 31, 1984.)

126

*Mr. Angelo J. Gagliardo,* disciplinary counsel, and *Mr. Carl J. Corletzi,* for relator.

*Mr. Richard Cartwright,* for respondent.

*Per Curiam.* After a careful review of the evidence, this court finds that respondent violated DR 1-102(A)(1), (3), (4) and (6), DR 7-101(A)(3), and DR 9-102(A) and (B) of the Code of Professional Responsibility. Accordingly, we concur in the recommendation of the board of commissioners.

Therefore, it is the judgment of this court that respondent be indefinitely suspended from the practice of law.

*Judgment accordingly.*

CELEBREZZE, C.J., W. BROWN, SWEENEY, LOCHER, HOLMES, C. BROWN and J. P. CELEBREZZE, JJ., concur.